# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:17-cv-01677-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 44, 45) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Pending before the Court are SFR's motion to extend the time for service and to serve by publication. Docket Nos. 44, 45. The motion is a boilerplate form, and suffers from the same deficiency already identified elsewhere. *See JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1, LLC*, Case No. 2:17-cv-00329-JCM-NJK, Docket No. 51 (D. Nev. Oct. 3, 2017). For the same reason, the pending motion is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge