1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ) | Case No. 2:17-cv-01677-JCM-NJK |
|         Plaintiff(s), ) | ORDER |
| v. ) | (Docket No. 47) |
| SFR INVESTMENTS POOL 1, LLC, et al., ) | |
|         Defendant(s). ) | |

15      Pending before the Court is Plaintiff's motion to stay discovery pending resolution of its motion

16  for summary judgment. Docket No. 47. To grant such a motion, the Court must be convinced that the

17  dispositive motion will be granted. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D.

18  Nev. 2013). The Court has rejected several similar motions to stay discovery, indicating that it is not

19  so convinced based on contrary authority issued by United States District Judge James C. Mahan. *Bank*

20  *of America, N.A. v. Treo N. & S. Homeowners' Ass'n*, 2017 U.S. Dist. Lexis 139662 (D. Nev. Aug. 30,

21  2017); *Bank of America, N.A. v. Imagination N. Landscape Maint. Ass'n*, 2017 U.S. Dist. Lexis 129398

22  (D. Nev. Aug. 14, 2017); *JPMorgan Chase Bank v. RHKids, LLC*, 2017 U.S. Dist. Lexis 123044 (D.

23  Nev. Aug. 4, 2017); *Bank of N.Y. Mellon v. Vegas Prop. Servs.*, 2017 U.S. Dist. Lexis 66682 (D. Nev.

24  May 2, 2017). Plaintiff does not acknowledge Judge Mahan's contrary decisions. *See* Docket No. 47

25  at 6. Especially given that Judge Mahan is the district judge assigned to this particular case, the Court

26  remains unconvinced that the motion for summary judgment will be granted such that discovery is

27  unnecessary. *See, e.g.*, *Bayview Loan Serving, LLC v. SFR Investments Pool 1, LLC*, 2017 U.S. Dist.

28  Lexis 41309, at *10-12 (D. Nev. Mar. 22, 2017).

Accordingly, the Court **DENIES** the motion to stay discovery.

IT IS SO ORDERED.

DATED: October 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge