DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BNC1, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a domestic limited liability company; LOS PRADOS COMMUNITY ASSOCIATION, a domestic non-profit coop corp without stock; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation, <br><br> Defendants. | Case No.: 2:17-cv-01677-JCM-NJK <br><br><br> **JOINT MOTION / STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS PENDING SETTLEMENT** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross-Claimant <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE | |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

PASS-THROUGH CERTIFICATES, SERIES 2007-BNC1; SALVATORE A. MONCADA, an individual; MARY M. MONCADA, an individual,

Counter/Cross-Defendants.

Defendant, SFR INVESTMENTS POOL I, LLC ("SFR") by and through its attorney, Diana S. Ebron, Esq., of the law firm of Kim Gilbert Ebron; and Plaintiff U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 ("Plaintiff"), by and through its attorneys Dana Jonathon Nitz, Esq. and Yanxiong Li, Esq. of the law firm of Wright Finlay & Zak, LLP, jointly submit this request for an extension of time from February 7, 2018 **up to and including March 7, 2018**, for Plaintiff and SFR to file any dispositive motions.

The undersigned parties have reached a settlement, the terms of which are confidential, with regard to their respective claims and defenses asserted in this action against each other. The parties seek additional time to finalize settlement documents and dismissal papers without waiving the right to filing dispositive motions during the time the agreed upon material settlement terms are reduced to writing.

The parties thus agree that each shall have until March 7, 2018 to file any dispositive motions on claims and defenses asserted against each other.  This agreement shall not affect any dispositive motions on claims and defenses asserted by or against Los Prados Community Association.

…
…
…
…
…
…
…
…
…

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party to this action.

IT IS SO STIPULATED.

| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
|---|---|
| */s/ Yanxiong Li*<br>DANA JONATHON NITZ, ESQ.<br>Nevada Bar No. 0050<br>YANXIONG LI, ESQ.<br>Nevada Bar No. 12807<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1* | */s/Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139-5974<br>*Attorney for Defendant, SFR Investments Pool I, LLC* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2018

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28