WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BNC1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a domestic limited liability company; LOS PRADOS COMMUNITY ASSOCIATION, a domestic non-profit coop corp without stock; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation,<br><br>Defendants. | Case No.: 2:17-cv-01677-JCM-NJK<br><br>**JOINT MOTION / STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION DEFENDANT LOS PRADOS COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES | |

1  2007-BNC1; SALVATORE A. MONCADA, an individual; MARY M. MONCADA, an
2  individual,
3         Counter/Cross-Defendants.
4
5

6  **JOINT MOTION / STIPULATION AND ORDER TO EXTEND TIME TO FILE**
7  **OPPOSITION DEFENDANT LOS PRADOS COMMUNITY ASSOCIATION'S MOTION**
8  **FOR SUMMARY JUDGMENT**

9         Plaintiff/Counter-Defendant U.S. Bank National Association, as Trustee for Structured
10 Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through
11 Certificates, Series 2007-BNC1 ("U.S. Bank"), Defendant Los Prados Community Association
12 ("HOA"), and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC
13 ("SFR") (collectively, the "Parties"), by and through their respective counsel of record, hereby
14 jointly submit this request for an extension of time for the filing of Responses to HOA's Motion
15 for Summary Judgment up to and including March 7, 2018.

16         Defendant, Los Prados Community Association (hereinafter "HOA") filed its Motion for
17 Summary Judgment [ECF No. 62] on February 7, 2018.  The deadline for filing responses to
18 HOA's Motion for Summary Judgment are presently due by February 28, 2018.

19         The undersigned parties are engaged in settlement discussions to resolve U.S. Bank's
20 claims against HOA, and any related defenses, in this action. The parties seek additional time to
21 complete settlement discussions in lieu of further motion practice and litigation in light of the
22 significant progress made to date.
23 ///
24 ///
25 ///
26 ///
27 ///
28

1. The parties thus agree that the deadline for U.S. Bank to file its response to HOA's Motion for Summary Judgment [ECF No. 62] shall be extended up to and including March 28, 2018.

| WRIGHT, FINLAY & ZAK, LLP | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| /s/ Yanxiong Li, Esq. | /s/ Adam R. Knecht, Esq. |
| Yanxiong Li, Esq. | Adam R. Knecht, Esq. |
| Nevada Bar No. 12807 | Nevada Bar No. 13166 |
| 7785 W. Sahara Ave., Suite 200 | 6605 Grand Montecito Pkwy., Suite 200 |
| Las Vegas, NV 89117 | Las Vegas, NV 89149 |
| *Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1* | *Attorney for Defendant, Los Prados Community Association* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 28, 2018

# CERTIFICATE OF SERVICE

The undersigned, an employee of Wright, Finlay & Zak, LLP, hereby certifies that on the 26th day of February, 2018, a true and correct copy of **JOINT MOTION / STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION DEFENDANT LOS PRADOS COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Email: diana@kgelegal.com
*Attorneys for Defendant,*
*SFR Investments Pool 1, LLC*

Kurt R. Bonds, Esq.
David J. Rothenberg, Esq.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Email: DRothenberg@AlversonTaylor.com
*Attorneys for Defendant,*
*Los Prados Community Association*

                /s/ Kelli Wightman
                An Employee of Wright, Finlay & Zak, LLP