WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BNC1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a domestic limited liability company; LOS PRADOS COMMUNITY ASSOCIATION, a domestic non-profit coop corp without stock; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation,<br><br>Defendants. | Case No.: 2:17-cv-01677-JCM-NJK<br><br>**JOINT MOTION / STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT LOS PRADOS COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES | |

2007-BNC1; SALVATORE A. MONCADA, an individual; MARY M. MONCADA, an individual,

Counter/Cross-Defendants.

Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 ("U.S. Bank") and Defendant, Los Prados Community Association ("HOA") (collectively, the "Parties"), by and through their respective counsels of record, hereby jointly submit this request for an extension of time for filing any response to HOA's Motion for Summary Judgment up to and including April 25, 2018.

HOA filed its Motion for Summary Judgment [ECF No. 62] on February 7, 2018. The current deadline for U.S. Bank to file any response to HOA's Motion for Summary Judgment are is March 28, 2018 [*see* ECF No. 65].

The undersigned parties are actively engaged in finalizing settlement terms to resolve U.S. Bank's claims against HOA, and any related defenses, in this action. In light of the significant progress made in settlement of this case to date, parties reasonably believe that additional time will result in successful settlement of this case in lieu of further motion practice and trial.

The parties thus stipulate and agree that the deadline for U.S. Bank to file any response to HOA's Motion for Summary Judgment shall be extended up to and including April 25, 2018.

The parties further stipulate and agree that the deadline for HOA to file any Reply in support of its Motion for Summary Judgment shall be extended up to and including May 9, 2018.

///

///

///

1     This is the parties' second request for extension of briefing deadlines related to HOA's
2 Motion for Summary Judgment and is not submitted for the purpose of causing undue delay or
3 prejudice.

| WRIGHT, FINLAY & ZAK, LLP | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| /s/ Yanxiong Li, Esq. | /s/ Adam R. Knecht, Esq. |
| Yanxiong Li, Esq. | Adam R. Knecht, Esq. |
| Nevada Bar No. 12807 | Nevada Bar No. 13166 |
| 7785 W. Sahara Ave., Suite 200 | 6605 Grand Montecito Pkwy., Suite 200 |
| Las Vegas, NV 89117 | Las Vegas, NV 89149 |
| *Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1* | *Attorney for Defendant, Los Prados Community Association* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 27, 2018

## CERTIFICATE OF SERVICE

The undersigned, an employee of Wright, Finlay & Zak, LLP, hereby certifies that on the 26th day of March, 2018, a true and correct copy of **JOINT MOTION / STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION DEFENDANT LOS PRADOS COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Email: diana@kgelegal.com
*Attorneys for Defendant,*
*SFR Investments Pool 1, LLC*

Kurt R. Bonds, Esq.
David J. Rothenberg, Esq.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Email: DRothenberg@AlversonTaylor.com
*Attorneys for Defendant,*
*Los Prados Community Association*

                                            /s/ Kelli Wightman
                                            An Employee of Wright, Finlay & Zak, LLP