WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BNC1,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a domestic limited liability company; LOS PRADOS COMMUNITY ASSOCIATION, a domestic non-profit coop corp without stock; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation,<br><br>        Defendants. | Case No.: 2:17-cv-01677-JCM-NJK<br><br>**STIPULATION AND ORDER TO TEMPORARILY STAY CASE PENDING SETTLEMENT**<br><br>*First Request to Stay* |
| SFR INVESTMENTS POOL 1, LLC,<br><br>        Counter/Cross-Claimant<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES | |

2007-BNC1; SALVATORE A. MONCADA, an individual; MARY M. MONCADA, an individual,

Counter/Cross-Defendants.

Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 ("U.S. Bank") and Defendant, Los Prados Community Association ("HOA") (collectively, the "Parties"), by and through their respective counsels of record, hereby stipulate and agree as follows:

## **RECITALS**

1. On or about June 15, 2017, the Plaintiff filed a complaint alleging various causes of action stemming from an HOA foreclosure sale conducted on behalf of HOA.

2. Discovery closed in this matter on January 8, 2018 [ECF No. 27].

3. HOA filed its Motion for Summary Judgment [ECF No. 62] on February 7, 2018. The current deadline for U.S. Bank to file any response to HOA's Motion for Summary Judgment is April 25, 2018 [*see* ECF No.69].

4. The undersigned attorneys are engaged in settlement discussions and are hopeful that a resolution may be had, in lieu of further motion practice and/or proceeding to trial.

5. In the interest of judicial economy, the parties agree that if this matter is settled, then the completion of dispositive motions will not be a good use of the party's resources and time.

6. The parties stipulate to stay this case, including dispositive motion deadlines, subject to these deadlines being reset upon the filing of a notice by any party that a settlement is/was not possible.

///

///

7. In the event that settlement fails, then U.S. Bank would have 14 days from the date of the filing of the notice that settlement failed, to file a response to HOA's Motion for Summary Judgment. HOA shall have 7 days from the date of service of U.S. Bank's response to file any reply in support of its Motion for Summary Judgment.

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** that all proceedings in this lawsuit are stayed, and all upcoming deadlines, hearings and conferences, including the deadline to file dispositive motions are hereby STAYED pending further settlement discussions between the parties;

**IT IS FURTHER STIPULATED AND AGREED** that if a settlement is reached, the parties will file a stipulation for dismissal with the terms of the settlement; and

**IT IS FURTHER STIPULATED AND AGREED** that any party to this action at their option shall file a Notice indicating that no settlement has been reached. Upon filing of said notice, U.S. Bank shall have 14 days from the date of the filing of the notice to file a response to HOA's Motion for Summary Judgment.

**IT IS FURTHER STIPULATED AND AGREED** that HOA shall have 7 days from the date of service of U.S. Bank's response to file any reply in support of its Motion for Summary Judgment.

///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED**.

WRIGHT, FINLAY & ZAK, LLP                    ALVERSON, TAYLOR, MORTENSEN & SANDERS

/s/ Yanxiong Li, Esq.                                        /s/ Adam R. Knecht, Esq.
Yanxiong Li, Esq.                                            Adam R. Knecht, Esq.
Nevada Bar No. 12807                                  Nevada Bar No. 13166
7785 W. Sahara Ave., Suite 200                   6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89117                                    Las Vegas, NV 89149
*Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*          *Attorney for Defendant, Los Prados Community Association*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 26, 2018

# CERTIFICATE OF SERVICE

The undersigned, an employee of Wright, Finlay & Zak, LLP, hereby certifies that on the 25th day of April, 2018, a true and correct copy of **STIPULATION AND ORDER TO TEMPORARILY STAY CASE PENDING SETTLEMENT** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Email: diana@kgelegal.com
*Attorneys for Defendant,*
*SFR Investments Pool 1, LLC*

Kurt R. Bonds, Esq.
David J. Rothenberg, Esq.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Email: DRothenberg@AlversonTaylor.com
*Attorneys for Defendant,*
*Los Prados Community Association*

                                           /s/ Kelli Wightman
                                           An Employee of Wright, Finlay & Zak, LLP