# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC,<br><br>Defendant(s). | Case No. 2:17-CV-1677 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *U.S. Bank National Association. v. SFR Investments Pool 1, LLC, et al.*, case number 2:17-cv-01677-JCM-NJK.

In light of the parties' notice of settlement/status report (ECF No. 72), the court will deny plaintiff U.S. Bank National Association's motion for summary judgment and motion to extend time (ECF Nos. 24, 38); defendant SFR Investments Pool 1, LLC's motion for relief (ECF No. 32); and defendant Los Prados Community Association's motion for summary judgment (ECF No. 62) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED August 28, 2018.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**