# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>    Plaintiff(s),<br>v.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-01677-JCM-NJK<br><br>**Order** |

A settlement was reached in this case nearly a year ago. Docket No. 66; *see also* Docket No. 74. Dismissal papers must be filed by January 25, 2019.

IT IS SO ORDERED.

Dated: January 11, 2019

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge