# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:17-cv-01677-JCM-NJK

**Order**

On February 26, 2018, Plaintiff and SFR filed a notice that they had reached a settlement. Docket No. 66. On September 27, 2018, Plaintiff filed a further notice that "the parties" had reached a settlement. Docket No. 74.[1] On January 25, 2019, Plaintiff and the HOA filed a notice that they have reached a settlement and also that "the Parties" have reached a settlement. Docket No. 76.[2] The Court hereby **ORDERS** Plaintiff, SFR, and the HOA to file a joint status report by February 8, 2019. That status report shall clearly identify which claims have been settled and which claims remain unresolved. For claims that have been settled, the joint status report shall provide a proposed deadline to file dismissal papers. For claims that have not been settled, the joint status report shall identify the status of those claims and how they will proceed.

IT IS SO ORDERED.

Dated: January 28, 2019

                                    Nancy J. Koppe
                                    United States Magistrate Judge

---

[1] The parties to this case are Plaintiff, SFR, the HOA, Nevada Association Services, Inc., Mary Moncada, and Salvatore Moncada.

[2] Plaintiff and the HOA indicate that they need additional time to file dismissal papers.

1