1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

U.S. BANK NATIONAL ASSOCIATION,

     Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

     Defendant(s).

Case No.: 2:17-cv-01677-JCM-NJK

**Order**

     The parties have been unable to provide the Court with a comprehensible status report for the claims in this case. *See* Docket No. 77. From the Court's review of the docket, it appears the competing claims between the bank and SFR have settled. *See* Docket No. 79. It also appears that the bank's claims against the HOA are the subject to settlement discussions, but that a final settlement has not been completed. Docket No. 79 at 2; *see also* Docket No. 76. The Court is less clear as to the remaining claims. Specifically, SFR brought claims against Mary Moncada and Salvatore Moncada, Docket No. 16, for which it failed to effectuate service, *see* Docket No. 44. SFR has not filed dismissal papers for the Moncadas nor has it explained how it intends to proceed against them at this juncture. Moreover, the bank brought claims against Nevada Association Services, Inc., Docket No. 1, for which default was entered, Docket No. 18, but default judgment has not been sought.[1]

---

[1] The Court specifically identified these parties in its previous order, and required the appearing parties to explain the status of these claims and how they intend to proceed with them. *See* Docket No. 77. Their response to that order failed to do so. *See* Docket No. 79.

The Court hereby **SETS** a status hearing for 10:00 a.m. on February 11, 2019, in Courtroom 3C. Counsel for the bank, SFR, and the HOA shall attend. Counsel shall be prepared to explain the status of all claims. In addition, counsel for SFR shall be prepared to address how it intends to proceed with respect to its claims against the Moncadas and counsel for the bank shall be prepared to address how it intends to proceed with respect to its claims against Nevada Association Services.

IT IS SO ORDERED.

Dated: February 6, 2019

_____
Nancy J. Koppe
United States Magistrate Judge