# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:17-cv-01677-JCM-NJK

**Order**

In light of the additional filings made, Docket Nos. 81, 82, the status hearing set for today is hereby **VACATED**. No later than February 21, 2019, either dismissal papers or a further status report shall be filed for the claims involving the HOA.

IT IS SO ORDERED.

Dated: February 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge