WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BNC1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a domestic limited liability company; LOS PRADOS COMMUNITY ASSOCIATION, a domestic non-profit coop corp without stock; NEVADA ASSOCIATION SERVICES, INC., a domestic corporation,<br><br>Defendants. | Case No.: 2:17-cv-01677-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF LOS PRADOS COMMUNITY ASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES | |

2007-BNC1; SALVATORE A. MONCADA, an individual; MARY M. MONCADA, an individual,

Counter/Cross-Defendants.

Plaintiff/Counter-defendant, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 (hereinafter "U.S. Bank"), Defendant, Los Prados Community Association ("HOA"), by and through the undersigned counsels hereby stipulate and agree as follows:

WHEREAS:

1. The real property which is the subject of this case is commonly known as 5404 Singing Hills Drive, Las Vegas NV 89130, APN No. 125-36-113-002 ("Property") and is part of the Los Prados Community Association ("HOA');

2. U.S. Bank is the holder of a first Deed of Trust securing a loan in the amount of $344,250.00 made on or about May 25, 2007 ("Note"), by Mary M. Moncada ("Borrower") and recorded on June 8, 2007 in the Official Records of Clark County, Nevada as Book and Instrument Number 20070608-0000660 ("Deed of Trust");

3. On May 9, 2011, a Notice of Default and Election to Sell was recorded against the Property by Nevada Association Services, Inc. ("NAS"), as agent for HOA;

4. On October 17, 2011, a Notice of Foreclosure Sale was recorded against the Property by NAS, as agent for HOA;

5. On April 5, 2013, a second Notice of Foreclosure Sale was recorded against the Property by NAS, as agent for HOA;

6. NAS sold the Property on behalf of HOA on April 26, 2013 ("HOA Sale") to SFR by Foreclosure Deed;

7. As a result of the HOA Sale, NAS collected proceeds in excess of the HOA's statutory lien in the amount of $8,816.43 (the "Excess Proceeds");

8. On April 29, 2013, a Foreclosure Deed naming SFR as the grantee was recorded as Book and Instrument Number 201304290001692 in the official records of the Clark County Recorder;

9. On June 15, 2017, U.S. Bank filed a Complaint for Quiet Title and Wrongful Foreclosure in this action, naming SFR, HOA and NAS [ECF No. 1];

10. On July 21, 2017, HOA filed an Answer to U.S. Bank's Complaint [ECF No. 14];

11. On July 24, 2017, SFR filed an Answer to U.S. Bank's Complaint and a Counterclaim/Crossclaim against U.S. Bank, Borrower and Salvatore A. Moncada for Quiet Title [ECF No. 16];

12. On September 8, 2017, U.S. Bank filed a Motion for Summary Judgment [ECF No. 24], which both SFR and HOA opposed [ECF Nos. 31 and 33]. SFR also filed a Motion for FRCP 56(d) Relief [ECF No. 32], which U.S. Bank opposed [ECF No. 41];

13. On December 22, 2017, U.S. Bank filed a Motion for Protective Order [ECF No. 51], which SFR opposed [ECF No. 58];

14. The undersigned Parties have now come to a resolution regarding their respective claims and interest in the Property and the Excess Proceeds;

15. The undersigned Parties have, or will, execute a settlement agreement, the terms of which are confidential, but under which U.S. Bank agrees to dismiss its claims against HOA for agreed-upon consideration;

16. HOA agrees to relinquish any right, title and interest in the Property and in the Excess Proceeds;

17. All other claims asserted by or against any of the undersigned Parties hereto shall be dismissed with prejudice;

18. Nothing in this Stipulation should be construed as intended to benefit any other party not identified as the undersigned Parties hereto, and in particular, shall not constitute a waiver or relinquishment of any claims by U.S. Bank against SFR, NAS and Borrower; and

1     19.     Each Party shall bear its own fees and costs incurred in this litigation and settlement.

**IT IS HEREBY STIPULATED AND AGREED** that claims asserted against HOA in U.S. Bank's June 15, 2017 Complaint shall be dismissed **with prejudice**;

**IT IS FURTHER STIPULATED AND AGREED** that U.S. Bank's September 8, 2017 Motion for Summary Judgment [ECF No. 24] shall be withdrawn **only as to HOA** and shall not affect claims and arguments asserted therein against SFR and HOA Trustee;

**IT IS FURTHER STIPULATED AND AGREED** that HOA's February 8, 2018 Motion for Summary Judgment [ECF No. 62] shall be withdrawn;

**IT IS FURTHER STIPULATED AND AGREED** that HOA hereby relinquishes any right, title and interest in the Property and in the Excess Proceeds;

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in no way intended to impair the rights of U.S. Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against SFR and NAS with regard to the Property or Excess Proceeds and against the Borrower, as defined in the Note, that U.S. Bank (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, including the right to sue the Borrower for any deficiency judgment;

**IT IS FURTHER STIPULATED AND AGREED** that the settlement entered into by and between the undersigned Parties has been entered into in good faith, pursuant to NRS 17.245; and

///

///

///

4

Stipulation and Order for Dismissal (Case No.: 2:17-cv-01677-JCM-NJK)

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

Dated this ___ day of _____, 2018.        Dated this ___ day of _____, 2018.

WRIGHT, FINLAY & ZAK, LLP                       ALVERSON, TAYLOR, MORTENSEN & SANDERS

/s/ Yanxiong Li, Esq.                           */s/ Adam R. Knecht, Esq.*
Yanxiong Li, Esq.                               Adam R. Knecht, Esq.
Nevada Bar No. 12807                            Nevada Bar No. 13166
7785 W. Sahara Avenue, Suite 200                6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89117                         Las Vegas, NV 89149
*Attorney for U.S. Bank National Association,*  *Attorney for Defendant, Los Prados*
*as Trustee for Structured Asset Securities*    *Community Association*
*Corporation Mortgage Loan Trust 2007-*
*BNC1, Mortgage Pass-Through Certificates,*
*Series 2007-BNC1*

## ORDER

Based on the foregoing Stipulation by and between the parties, and good cause appearing, IT IS SO ORDERED.

Dated: April 2, 2019

_____
UNITED STATES DISTRICT COURT JUDGE