UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01677-JCM-NJK<br><br>ORDER |

Presently before the court is the matter of *U.S. Bank, National Association, et al. v. SFR Investments Pool 1, LLC, et al.*, case number 2:17-cv-01677-JCM-NJK.

On June 15, 2017, plaintiff U.S. Bank, National Association ("U.S. Bank") initiated this quiet title action against defendants SFR Investments Pool 1, LLC and Los Prados Community Association. (ECF No. 1). On July 12, 2017, the court ordered U.S. Bank to post security for costs in the amount of $500.00 pursuant to NRS 18.130. (ECF No. 11). The next day, U.S. Bank deposited $500.00 with the court. (ECF No. 12).

On April 2, 2019, the court granted the parties' stipulation to dismiss with prejudice all claims in this action. (ECF No. 93). As this matter is now concluded, the court will disburse to U.S. Bank the $500.00 security bonds plus interest.

Accordingly,

IT IS SO ORDERED.

DATED THIS 4th day of April 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE