UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| U.S. BANK, NATIONAL ASSOCIATION, | Case No. 2:17-cv-01677-JCM-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | |
| Defendants. | |

Presently before the court is the matter of *U.S. Bank, National Association, et al. v. SFR Investments Pool 1, LLC, et al.*, case number 2:17-cv-01677-JCM-NJK.

On June 15, 2017, plaintiff U.S. Bank, National Association ("U.S. Bank") initiated this quiet title action against defendants SFR Investments Pool 1, LLC and Los Prados Community Association. (ECF No. 1.) On July 12, 2017, the court ordered U.S. Bank to post security for costs in the amount of $500.00 pursuant to NRS 18.130. (ECF No. 11.) The next day, U.S. Bank, through Wright Finlay & Zak, LLP, deposited $500.00 with the court. (ECF No. 12.)

On April 2, 2019, the court granted the parties' stipulation to dismiss with prejudice all claims in this action. (ECF No. 93.) As this matter is now concluded, the court will disburse to Wright Finlay & Zak, LLP the $500.00 security bond plus interest.

Accordingly,

IT IS HEREBY ORDERED that the court's previous order disbursing the security bond plus interest to U.S. Bank (ECF No. 95) be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that federal registry shall disburse the $500.00 security bonds plus interest to Wright Finlay & Zak, LLP.

DATED THIS 15th day of April 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE